UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



**MISDEMEANOR**

**BILL OF INFORMATION FOR FALSE STATEMENTS OR REPRESENTATIONS TO A UNION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 06-081 |
| v. | * | SECTION: SECT. C MAG. 1 |
| JOHN TAYLOR | * | VIOLATION: 29 USC § 439(b) |
| | * | |

\* \* \*

The United States Attorney charges that:

## COUNT 1

On or about March 10, 2004, in the Eastern District of Louisiana, the defendant, **JOHN TAYLOR**, did make a false statement or representation of a material fact, knowing it to be false, and who knowingly failed to disclose a material fact, in any document, report, or other information required under the provisions of this title;

Fee KSA
Process____
X Dktd____
___ CtRmDep____
___ Doc. No ____

all in violation of Title 29, United States Code, Section 439(b).

JIM LETTEN  
United States Attorney  
Louisiana Bar Roll Number 8517

JAN MASELLI MANN  
First Assistant U.S. Attorney  
Chief, Criminal Division  
Louisiana Bar Roll Number 9020

JEFFERY A. BROWN, JR.  
Assistant United States Attorney

New Orleans, Louisiana  
March 14, 2006

No. _____

# United States District Court

FOR THE

EASTERN DISTRICT OF _____ LOUISIANA

United States of America

vs.

JOHN TAYLOR

Bill of Information for
False Statements or Representations
to a Union

Violation: 29 U.S.C. § 439 (b)

Filed _____, 19_____

_____ Clerk.

By _____, Deputy.

Jeffery A. Brown, Jr., AUSA

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☑ INFORMATION ☐ INDICTMENT

**Matter Sealed:** ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added ☐ Indictment ☐ Charges/Counts Added ☐ Information

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT
DISTRICT OF EDLA
Divisional Office

**Name and Office of Person Furnishing Information on THIS FORM:** Anna B. Christman
☐ U.S. Atty ☐ Other U.S. Agency
Phone No. (504) 680-3171

**Name of Asst. U.S. Attorney (if assigned):** Jeffery A. Brown, Jr.

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any):** Mike Key, U.S. Department of Labor

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO. 
MAG. JUDGE CASE NO.

**Place of offense:** County

**CASE NO.** 06-081 SECT. C MAG. 1

**USA vs.**
**Defendant:** John Taylor
**Address:** 411 Cascade Drive
Houma, Louisiana 70364

☐ Interpreter Required  Dialect: _____

**Birth Date:** 1948   ☑ Male ☐ Female   ☐ Alien (if applicable)

**Social Security Number:** XXX-XX-0378

### DEFENDANT

**Issue:** ☐ Warrant ☑ Summons

**Location Status:**
Arrest Date _____ or Date Transferred to Federal Custody _____
☐ Currently in Federal Custody
☐ Currently in State Custody
   ☐ Writ Required
☐ Currently on bond
☐ Fugitive

**Defense Counsel (if any):** Craig Stewart
☐ FPD ☐ CJA ☑ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

**Total # of Counts** 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| | Title 29, U.S.C., Section 439(b) / 3 | False Statements or Representation to a Union | 1 |
| | | | |
| | | | |
| | | | |